IN THE MATTER OF THE APPLICATION OF THE ATTORNEY-GENERAL, Respondent, *v.* THE WESTERN NEW YORK LIFE INSURANCE COMPANY.

In re claim of HENRY GLOWACKI, Appellant.

(Submitted June 16, 1886; decided June 25, 1886.)

*L. N. Bangs* for appellant.

*D. N. Lockwood* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.